_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-1217 JST (MLGx)                                             Date:  March 16, 2011
Title:  VI NGUYEN, etc. v. INNOVATION VENTURES LLC, etc.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         (In Chambers)      **ORDER VACATING SCHEDULING CONFERENCE AND SETTING CASE MANAGEMENT DATES**

On the Court's own motion, the Scheduling Conference set for hearing on March 21, 2011, is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Order on Jury Trial filed concurrently with this minute order.  The Court encourages the parties to focus initial discovery on class certification issues, but does not bifurcate class certification and merits discovery.

| | |
|---|---|
| Last Day for Hearing on Motion to Add Parties and Amend Pleadings: | 06-20-11 |
| Las Day for Hearing on Motion for Class Certification: | 08-01-11 |
| Discovery Cut-off (Fact and Expert): | 02-06-12 |
| Last Day to Conduct Settlement Proceedings: | 03-12-12 |
| Last Day for Law & Motion Hearings: | 03-26-12 |
| Final Pre-Trial Conference (1:30 p.m.): | 05-07-12 |
| Exhibit Conference (3:00 p.m.): | 05-18-12 |
| Jury Trial (9:00 a.m.): | 05-22-12 |
| Trial Estimate: | 8-20 Days |

Initials of Preparer:  jcb

_____