Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:   (310) 893-5150
Facsimile:    (310) 893-5195

Mark A. Cantor (*Pro Hac Vice Application Forthcoming*)
  mcantor@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice Application Forthcoming*)
  tcunningham@brookskushman.com
BROOKS KUSHMAN, P.C.
1000 Town Center, Suite 2200
Southfield, Michigan 48075
Telephone:   (248) 350-4400
Facsimile:    (248) 358-3351

Attorneys for Defendant
Innovation Ventures, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VI NGUYEN, as an individual, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, a Michigan corporation,<br><br>        Defendant. | CASE NO. SACV-10-1217-JST (MLGx)<br><br>**DEFENDANT'S FIRST AMENDED ANSWER TO THE FIRST AMENDED COMPLAINT;**<br><br>**DEMAND FOR JURY TRIAL** |

1    Defendant Innovation Ventures, LLC d/b/a Living Essentials

2    ("Defendant") hereby answers the First Amended Complaint filed by Plaintiff Vi

3    Nguyen ("Plaintiff") as follows:

4

5    **RESPONSE TO ALLEGATIONS IN THE FIRST AMENDED COMPLAINT**

6

7    1.    In response to paragraph 1 of the First Amended Complaint,

8    Defendant states that the allegations therein state legal conclusions to which no

9    response is required and, on that basis, Defendant denies them.  However, at present,

10   Defendant does not challenge that this Court possesses subject matter jurisdiction

11   over this dispute.

12   2.    In response to paragraph 2 of the First Amended Complaint,

13   Defendant admits that it is a citizen of the State of Michigan.  Defendant is presently

14   without sufficient knowledge or information to form a belief as to the truth of the

15   allegation that Plaintiff is a citizen of California, and on that basis denies the

16   allegation.  The allegation that diversity of citizenship exists states a legal

17   conclusion to which no response is required.  However, at present, Defendant does

18   not challenge that this Court possesses subject matter jurisdiction over this dispute.

19   Defendant otherwise denies each and every allegation contained in paragraph 2.

20   3.    In response to paragraph 3 of the First Amended Complaint,

21   Defendant admits that it conducts business in the Central District of California,

22   including through the distribution of the subject product in California.  The

23   allegation that the assertion of personal jurisdiction is proper states a legal

24   conclusion to which no response is required.  However, Defendant does not

25   challenge that it is subject to personal jurisdiction in this district.  Defendant

26   otherwise denies each and every allegation contained in paragraph 3.

27   4.    In response to paragraph 4 of the First Amended Complaint,

28   Defendant admits that it conducts business in the Central District of California. The

- 1 -

allegations that venue is proper and that Defendant is subject to personal jurisdiction in this district state legal conclusions to which no response is required.  However, Defendant does not challenge that venue is proper in this district, and does not challenge that it is subject to personal jurisdiction in this district.  Defendant otherwise denies each and every allegation contained in paragraph 4.

5.    In response to paragraph 5 of the First Amended Complaint, Defendant states that it is presently without sufficient knowledge or information to form a belief as to the truth of the allegations therein and, on that basis, denies them.

6.    In response to paragraph 6 of the First Amended Complaint, Defendant admits that it is a Michigan corporation with its principal place of business in Novi, Michigan.  The allegation that for purposes of diversity, Defendant is a "citizen" of the State of Michigan, states a legal conclusion to which no response is required.

7.    In response to paragraph 7 of the First Amended Complaint, Defendant denies all of the allegations contained therein.

8.    In response to paragraph 8 of the First Amended Complaint, Defendant denies all of the allegations contained therein.

9.    In response to paragraph 9 of the First Amended Complaint, Defendant denies all of the allegations contained therein.

10.    In response to paragraph 10 of the First Amended Complaint, Defendant admits that it markets and distributes for retail sale its "5-Hour Energy®" energy shot.  Defendant otherwise denies each and every allegation contained in paragraph 10.

11.    In response to paragraph 11 of the First Amended Complaint, Defendant admits that paragraph 11 sets forth depictions of portions of the container, store display and ingredient list for a version of its "5-Hour Energy®" energy shot.  Defendant otherwise denies each and every allegation contained in paragraph 11.

12.     In response to paragraph 12 of the First Amended Complaint, Defendant admits the allegations contained therein.

13.     In response to paragraph 13 of the First Amended Complaint, Defendant admits that its "5-Hour Energy®" container states "Hours of energy now – No crash later"; "Sugar free"; and "Feel it in minutes · Lasts for hours." Defendant further states that the container contains other words and phrases. Defendant otherwise denies each and every allegation contained in paragraph 13.

14.     In response to paragraph 14 of the First Amended Complaint, Defendant admits the allegations contained therein.

15.     In response to paragraph 15 of the First Amended Complaint, Defendant denies all of the allegations contained therein.

16.     In response to paragraph 16 of the First Amended Complaint, Defendant admits that its "5-Hour Energy®" container states: "† This statement has not been evaluated by the Food and Drug Administration.  This product is not intended to diagnose, treat, cure or prevent any disease."  Defendant admits that its "5-Hour Energy®" container states: "† "No crash" means no sugar crash.  5-Hour Energy contains no sugar.  Individual results may vary.  See www.5hourenergy.com for more details."  Defendant further states that the container contains other words and phrases.  Defendant otherwise denies each and every allegation contained in paragraph 16.

17.     In response to paragraph 17 of the First Amended Complaint, Defendant admits that someone viewing the front of its "5-Hour Energy®" container can view the statements set forth therein.  Defendant further states that someone viewing the container can also view the other words and phrases contained on it. Defendant otherwise denies each and every allegation contained in paragraph 17.

18.     In response to paragraph 18 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

- 3 -

FIRST AMENDED ANSWER

1          19.    In response to paragraph 19 of the First Amended Complaint,

2    Defendant denies each and every allegation contained therein.

3          20.    In response to paragraph 20 of the First Amended Complaint,

4    Defendant denies each and every allegation contained therein.

5          21.    In response to paragraph 21 of the First Amended Complaint,

6    Defendant denies each and every allegation contained therein.

7          22.    In response to paragraph 22 of the First Amended Complaint,

8    Defendant states that it is presently without sufficient knowledge or information to

9    form a belief as to the truth of the allegations therein and, on that basis, denies them.

10         23.    In response to paragraph 23 of the First Amended Complaint,

11   Defendant states that it is presently without sufficient knowledge or information to

12   form a belief as to the truth of the allegations therein.  In addition, Defendant denies

13   each and every allegation contained in paragraph 23.

14         24.    In response to paragraph 24 of the First Amended Complaint,

15   Defendant denies each and every allegation contained therein.

16         25.    In response to paragraph 25 of the First Amended Complaint,

17   Defendant states that it is presently without sufficient knowledge or information to

18   form a belief as to the truth of the allegations that Plaintiff "felt shaky and depleted"

19   and that use of the Product allegedly "caused him to suffer physically."  In addition,

20   Defendant denies each and every allegation contained in paragraph 25.

21         26.    In response to paragraph 26 of the First Amended Complaint,

22   Defendant incorporates by this reference its responses to paragraphs 1 through 25 of

23   the First Amended Complaint.

24         27.    In response to paragraph 27 of the First Amended Complaint,

25   Defendant denies each and every allegation contained therein.

26         28.    In response to paragraph 28 of the First Amended Complaint,

27   Defendant denies each and every allegation contained therein.

28

{00041842.DOC - v1}

FIRST AMENDED ANSWER

1          29.     In response to paragraph 29 of the First Amended Complaint,

2   Defendant denies each and every allegation contained therein.

3          30.     In response to paragraph 30 of the First Amended Complaint,

4   Defendant denies each and every allegation contained therein.

5          31.     In response to paragraph 31 of the First Amended Complaint,

6   Defendant denies each and every allegation contained therein.

7          32.     In response to paragraph 32 of the First Amended Complaint,

8   Defendant denies each and every allegation contained therein.

9          33.     In response to paragraph 33 of the First Amended Complaint,

10   Defendant denies each and every allegation contained therein.

11          34.     In response to paragraph 34 of the First Amended Complaint,

12   Defendant denies each and every allegation contained therein.

13          35.     In response to paragraph 35 of the First Amended Complaint,

14   Defendant denies each and every allegation contained therein.

15          36.     In response to paragraph 36 of the First Amended Complaint,

16   Defendant incorporates by this reference its responses to paragraphs 1 through 35 of

17   the First Amended Complaint.

18          37.     In response to paragraph 37 of the First Amended Complaint,

19   Defendant states that the allegations set forth therein state legal conclusions to

20   which no response is required.  Defendant otherwise denies each and every

21   allegation contained in paragraph 37.

22          38.     In response to paragraph 38 of the First Amended Complaint,

23   Defendant states that the allegations set forth therein state legal conclusions to

24   which no response is required.  Defendant otherwise denies each and every

25   allegation contained in paragraph 38.

26          39.     In response to paragraph 39 of the First Amended Complaint,

27   Defendant states that the allegations set forth therein state legal conclusions to

28

1   which no response is required.  Defendant otherwise denies each and every

2   allegation contained in paragraph 39.

3          40.     In response to paragraph 40 of the First Amended Complaint,

4   Defendant states that the allegations set forth therein state legal conclusions to

5   which no response is required.  Defendant otherwise denies each and every

6   allegation contained in paragraph 40.

7          41.     In response to paragraph 41 of the First Amended Complaint,

8   Defendant states that the allegations set forth therein state legal conclusions to

9   which no response is required.  Defendant otherwise denies each and every

10  allegation contained in paragraph 41.

11         42.     In response to paragraph 42 of the First Amended Complaint,

12  Defendant states that the allegations set forth therein state legal conclusions to

13  which no response is required.  Defendant otherwise denies each and every

14  allegation contained in paragraph 42.

15         43.     In response to paragraph 43 of the First Amended Complaint,

16  Defendant states that the allegations set forth therein state legal conclusions to

17  which no response is required.  Defendant otherwise denies each and every

18  allegation contained in paragraph 43.

19         44.     In response to paragraph 44 of the First Amended Complaint,

20  Defendant states that the allegations set forth therein state legal conclusions to

21  which no response is required.  Defendant otherwise denies each and every

22  allegation contained in paragraph 44.

23         45.     In response to paragraph 45 of the First Amended Complaint,

24  Defendant states that the allegations set forth therein state legal conclusions to

25  which no response is required.  Defendant otherwise denies each and every

26  allegation contained in paragraph 45.

27         46.     In response to paragraph 46 of the First Amended Complaint,

28  Defendant states that the allegations set forth therein state legal conclusions to

1 | which no response is required.  Defendant otherwise denies each and every

2 | allegation contained in paragraph 46.

3 |       47.    In response to paragraph 47 of the First Amended Complaint,

4 | Defendant states that the allegations set forth therein state legal conclusions to

5 | which no response is required.  Defendant otherwise denies each and every

6 | allegation contained in paragraph 47.

7 |       48.    In response to paragraph 48 of the First Amended Complaint,

8 | Defendant incorporates by this reference its responses to paragraphs 1 through 47 of

9 | the First Amended Complaint.

10 |       49.    In response to paragraph 49 of the First Amended Complaint,

11 | Defendant states that the allegations set forth therein state legal conclusions to

12 | which no response is required.  Defendant otherwise denies each and every

13 | allegation contained in paragraph 49.

14 |       50.    In response to paragraph 50 of the First Amended Complaint,

15 | Defendant denies each and every allegation contained therein.

16 |       51.    In response to paragraph 51 of the First Amended Complaint,

17 | Defendant states that the allegations set forth therein state legal conclusions to

18 | which no response is required.  Defendant otherwise denies each and every

19 | allegation contained in paragraph 51.

20 |       52.    In response to paragraph 52 of the First Amended Complaint,

21 | Defendant states that the allegations set forth therein state legal conclusions to

22 | which no response is required.  Defendant otherwise denies each and every

23 | allegation contained in paragraph 52.

24 |       53.    In response to paragraph 53 of the First Amended Complaint,

25 | Defendant states that the allegations set forth therein state legal conclusions to

26 | which no response is required.  Defendant otherwise denies each and every

27 | allegation contained in paragraph 53.

28 |

{00041842.DOC - v1}

FIRST AMENDED ANSWER

1      54.     In response to paragraph 54 of the First Amended Complaint,

2   Defendant states that the allegations set forth therein state legal conclusions to

3   which no response is required.  Defendant otherwise denies each and every

4   allegation contained in paragraph 54.

5      55.     In response to paragraph 55 of the First Amended Complaint,

6   Defendant states that the allegations set forth therein state legal conclusions to

7   which no response is required.  Defendant otherwise denies each and every

8   allegation contained in paragraph 55.

9      71.     In response to paragraph 71 [*sic*] of the First Amended

10  Complaint, Defendant incorporates by this reference its responses to paragraphs 1

11  through 55 of the First Amended Complaint.

12     72.     In response to paragraph 72 of the First Amended Complaint,

13  Defendant states that the allegations set forth therein state legal conclusions to

14  which no response is required.  Defendant otherwise denies each and every

15  allegation contained in paragraph 72.

16     73.     In response to paragraph 73 of the First Amended Complaint,

17  Defendant states that the allegations set forth therein state legal conclusions to

18  which no response is required.  Defendant otherwise denies each and every

19  allegation contained in paragraph 73.

20     74.     In response to paragraph 74 of the First Amended Complaint,

21  Defendant states that the allegations set forth therein state legal conclusions to

22  which no response is required.  Defendant otherwise denies each and every

23  allegation contained in paragraph 74.

24     75.     In response to paragraph 75 of the First Amended Complaint,

25  Defendant states that the allegations set forth therein state legal conclusions to

26  which no response is required.  Defendant otherwise denies each and every

27  allegation contained in paragraph 75.

28

76.     In response to paragraph 76 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 55 and 71 through 75 of the First Amended Complaint.

77.     Defendant states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 72.

78.     In response to paragraph 78 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 78.

79.     In response to paragraph 79 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 79.

80.     In response to paragraph 80 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 80.

81.     In response to paragraph 81 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 81.

///
///
///
///
///
///

**AFFIRMATIVE DEFENSES**

For its affirmative defenses, and without assuming any greater burden of proof than as required by law, Defendant alleges as follows:

FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Each of the purported claims set forth in the First Amended Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

(Waiver, Estoppel and Unclean Hands)

Each of the purported claims set forth in the First Amended Complaint is barred by the doctrines of waiver, estoppel and/or unclean hands.

THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate)

With respect to each of the purported claims set forth in the First Amended Complaint, Plaintiff and each member of the putative class has failed to mitigate his or her alleged damages.

FOURTH AFFIRMATIVE DEFENSE

(Compliance with California Law)

This action is barred in whole or in part because Defendant has complied with and continues to comply with California law. This action is further barred in whole or in part because the business practices described in the First Amended Complaint were not and are not unfair, unlawful, or fraudulent within the meaning of California Business and Professions Code § 17200 et seq.

FIFTH AFFIRMATIVE DEFENSE

(Ongoing Conduct)

This action is barred in whole or in part because Plaintiff does not sufficiently allege continuing misconduct by Defendant for purposes of relief under California Business and Professions Code §§ 17200 et seq.

## SIXTH AFFIRMATIVE DEFENSE

### (Good Faith, Privilege and Justification)

Any and all of the acts or omissions alleged to have been performed by Defendant, if performed at all, were done in good faith and/or were privileged or justified.

## SEVENTH AFFIRMATIVE DEFENSE

### (No actual harm or injury)

This action is barred in whole or in part because neither Plaintiff nor any other member of the putative class has suffered actual harm, injury in fact, or lost money or property as a result of a violation of California Business and Professions Code § 17200 et seq., or under any other cause of action in this case.

## EIGHTH AFFIRMATIVE DEFENSE

### (Business Necessity)

With respect to each purported claim set forth in the First Amended Complaint, any of the acts alleged to have been performed by Defendant, if performed at all, were performed in accordance with "business necessity" and for legitimate reasons.

## NINTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The purported claims set forth in the First Amended Complaint are barred by the applicable statute of limitations.

## TENTH AFFIRMATIVE DEFENSE

### (Voluntary Payment)

The purported claims set forth in the First Amended Complaint are barred by in whole or part by the doctrine of voluntary payment.

///
///
///

1
ELEVENTH AFFIRMATIVE DEFENSE

2
(Preemption and/or Primary Jurisdiction)

3
4
All or some of the purported claims set forth in the First Amended Complaint are barred by the doctrine of preemption and/or primary jurisdiction.

5
TWELFTH AFFIRMATIVE DEFENSE

6
(No Class Action)

7
8
All or some of the purported claims set forth in the First Amended Complaint are not amenable to class action treatment.

9
THIRTEENTH AFFIRMATIVE DEFENSE

10
(Offset and/or Setoff)

11
12
13
To the extent Plaintiff is entitled to relief, Defendant is entitled to an offset or setoff of such relief for the value of the benefits that Plaintiff received from Defendant.

14
RESERVATION OF RIGHTS

15
16
17
18
19
In addition, Defendant has not completed its investigation and discovery regarding the First Amended Complaint and the claims asserted by Plaintiff therein.  Accordingly, Defendant reserves the right to assert such additional affirmative defenses as necessary based on such ongoing investigation and discovery.

20
<b>Prayer</b>

21
WHEREFORE, Defendant prays for judgment as follows:

22
23
1.      That Plaintiff takes nothing from Defendant by reason of his First Amended Complaint;

24
25
2.      That the First Amended Complaint against Defendant be dismissed with prejudice;

26
27
3.      That Defendant be awarded its costs and attorney's fees incurred to defend this suit; and

28

FIRST AMENDED ANSWER

1           4.     That Defendant be awarded any other and further relief as the

2    Court may deem just and proper.

3

4    DATED:  March 30, 2011      CRONE HAWXHURST LLP

5                                  BROOKS KUSHMAN, P.C.

6

7                           By_____/s/_____

8                              Gerald E. Hawxhurst
                           Daryl M. Crone

9                               Attorneys for Defendant

10                              Innovation Ventures, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED ANSWER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **DEMAND FOR JURY TRIAL**

Defendant Innovation Ventures, LLC d/b/a Living Essentials hereby demands trial by jury pursuant to <u>Fed. R. Civ. Proc.</u> § 38(b).

DATED:  March 30, 2011            CRONE HAWXHURST LLP

BROOKS KUSHMAN, P.C.


By                /s/
                Gerald E. Hawxhurst
                Daryl M. Crone
                Attorneys for Defendant
                Innovation Ventures, LLC