1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| VI NGUYEN, as an individual, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, a Michigan corporation,<br><br>    Defendant. | CASE NO. SACV-10-1217-JST (MLGx)<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT INNOVATION VENTURES, LLC dba LIVING ESSENTIALS** |
|---|---|

[PROPOSED] JUDGMENT

1  On August 1, 2011, the Court entered an order (see Docket No. 64)
2 dismissing with prejudice the above-captioned case brought by plaintiff Vi Nguyen
3 against defendant Innovation Ventures, LLC dba Living Essentials.
4  IT IS THEREFORE ORDERED AND ADJUDGED THAT judgment
5 is entered in favor of defendant Innovation Ventures, LLC dba Living Essentials and
6 against plaintiff Vi Nguyen.

8 DATED: August 11, 2011

*[signature]*

UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] JUDGMENT